En el Tribunal Supremo de Puerto Rico

| In Re: | Querella |
|---|---|
| José E. Gónzalez Goenaga<br>Linda Meléndez Torres<br>Pedro Ramos Rosario<br>Joshua Andújar Figueroa<br>Carlos E. Torres Suárez<br>Jaime Benítez Martínez<br>Pedro A. Santiago Torres<br>Juan Hernández Ramírez<br>Albert V. Nelthropp Frazer<br>José R. Vargas Pabón | 98TSPR71 |

Número del Caso: 7381,10276,4133,9063,3930,6187,9167,4944,6394 y 5890

Abogado Parte Querellante:      Lcda. Carmen R. Cintrón Ferrer
                                Directora Ejecutiva
                                del Colegio de Abogados

Abogado Parte Querellada:      Por Derecho Propio

Fecha: 6/12/1998

Materia: Suspensión Al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correciones del
proceso de compilación y publicación oficial de las
decisiones del Tribunal. Su distribución electrónica se hace
como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José E. González Goenaga; (7381)
Linda Meléndez Torres; (10,276)
Pedro Ramos Rosario;(4133)
Joshua Andújar Figueroa; (9063)
Carlos E. Torres Suárez; (3930)
Jaime Benítez Martínez; (6187)
Pedro A. Santiago Torres; (9167)
Juan Hernández Ramírez; (4944)
Albert V. Nelthropp Frazer; (6394)
José R. Vargas Pabón (5890)

Querella sobre
suspensión del
ejercicio de
la profesión
de abogado

PER CURIAM

San Juan, Puerto Rico, a 12 de junio de 1998.

Mediante Resolución concedimos un término de veinte (20) días a los abogados querellados del epígrafe para que mostraran causa por la cual no debían ser suspendidos del ejercicio de la abogacía por no haber satisfecho el pago de la cuota de colegiación al Colegio de Abogados de Puerto Rico. En dichas Resoluciones los abogados fueron apercibidos de que su incumplimiento con la orden de este Tribunal conllevaría su suspensión automática del ejercicio de la abogacía.

Dichas Resoluciones fueron notificadas por correo certificado a la dirección de record de los abogados querellados. Algunas fueron devueltas por haber cambiado dichos abogados de dirección, y no haber notificado dicho cambio a la secretaría de este Tribunal. La Regla 8(j) del Reglamento del Tribunal Supremo impone a todo abogado el deber ineludible de notificar cualquier cambio de su dirección al Secretario del Tribunal Supremo. El incumplimiento de tal deber es suficiente para decretar la separación indefinida de la abogacía. In re Cruz González, 123 D.P.R. 108 (1989).

Transcurrido el término concedido a los querellados sin haber recibido su contestación, procedemos a resolver según intimado.

Tomando en consideración su renuencia injustificada a satisfacer el pago de la cuota de colegiación, In re: Morales Sánchez, Opinión y Sentencia de 31 de agosto de 1995, 141 D.P.R.__(1995); In re: Serrallés III, 119 D.P.R. 494, 495-496 (1987); Colegio de Abogados v. Schneider, 117 D.P.R. 504 (1986); In re: Vega González, 116 D.P.R. 379, 381 (1985); y su indiferencia en responder a las órdenes de este Tribunal, lo cual de por sí conlleva la imposición de sanciones disciplinarias severas, In re: Pérez Benabe, Opinión y Sentencia de 19 de mayo de 1993, 133 D.P.R.__ (1993); In re: Ribas Dominicci, Opinión y Sentencia de 31 de agosto de 1992, 131 D.P.R.__ (1992); In re: Nicot Santana, Opinión y Sentencia de 24 de enero de 1992, 129 D.P.R.___ (1992); In re: Colón Torres, Opinión y Sentencia de 13 de diciembre de 1991, 129 D.P.R.__ (1991), se decreta la suspensión indefinida del ejercicio de la abogacía en esta jurisdicción de los abogados del epígrafe.

Se dictará la Sentencia correspondiente.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José E. González Goenaga; (7381)
Linda Meléndez Torres; (10,276)
Pedro Ramos Rosario;(4133)
Joshua Andújar Figueroa; (9063)
Carlos E. Torres Suárez; (3930)
Jaime Benítez Martínez; (6187)
Pedro A. Santiago Torres; (9167)
Juan Hernández Ramírez; (4944)
Albert V. Nelthropp Frazer; (6394)
José R. Vargas Pabón (5890)

Querella sobre
suspensión del
   ejercicio de
   la profesión
   de abogado

SENTENCIA

San Juan, Puerto Rico, a 12 de junio de 1998.

Por las razones que se expresan en la Opinión del Tribunal, la cual se hace formar parte integral de la presente Sentencia, se decreta la suspensión indefinida del ejercicio de la abogacía en Puerto Rico de los abogados del epígrafe.

Así lo pronunció y manda el Tribunal y certifica la Secretaria del Tribunal.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo